[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 1, 2010
JOHN LEY
CLERK

No. 09-14388
Non-Argument Calendar

_____

D. C. Docket No. 09-80036-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN GERARD KRANTZ,
a.k.a. HardThickandJuicy,
a.k.a. John Smith,
a.k.a. oohlajgk@yahoo.com,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 1, 2010)

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for John Krantz, has filed a motion to withdraw from further representation on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Krantz's conviction and sentence are **AFFIRMED**.